UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LEONILA ZARCO LOPEZ,                                              Petitioner,

v.                                                    Civil Action No. 3:25-cv-654-DJH

SAMUEL OLSON, Field Office Director,
Chicago Field Office, Immigration and
Customs Enforcement et al.,                                     Respondents.

\* \* \* \* \*

### **ORDER**

In accordance with the Sixth Circuit's order of March 19, 2026, dismissing the appeal of

this matter (Docket No. 23), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

March 19, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1